IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOHN KAUFFMANN,

    Plaintiff,

v.     Civil Action No. 3:23cv505

MAJOR HOUTTE, *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on August 21, 2023, the Court conditionally docketed Plaintiff's action. (ECF No. 5.) At that time, the Court warned Plaintiff that he must keep the Court informed as to his current address. (ECF No. 5, at 3.) On March 22, 2024, the United States Postal Service returned a March 11, 2024 Memorandum Order to the Court marked, "RETURN TO SENDER" and "ATTEMPTED NOT KNOWN." (ECF No. 20, at 1.) Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Final Order shall accompany this Memorandum Opinion.

Date: 4/8/2024
Richmond, Virginia

/s/ MHL
M. Hannah Lauck
United States District Judge